## STATE OF OREGON, *Respondent,*
*v.*
## JOHN POST, *Appellant.*
(No. 75-240C, CA 7331)

566 P2d 209

Kenneth A. Morrow, Eugene, argued the cause for appellant. With him on the brief was Morrow & McCrea, P.C., Eugene.

Al J. Laue, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

Remanded for resentencing. *See State v. Pierre,* 30 Or App 81, 566 P2d 534 (1977).